**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

AMY J. WHEATLEY,

          Respondent

          v.

ERIC A. WHEATLEY,

          Petitioner

:  No. 305 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.